UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
WALI OMARKHEIL,

                Plaintiff,

                v.

UNITEDHEALTH GROUP INC., JOSIANE PELUSO, DAVID WILLHOFT and JENNIFER ST. GEORGE, in their individual and professional capacities,

                Defendants.
------------------------------------------------------------ X

Civil Action No. 19-cv-00315 (JFB)(AKT)

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is hereby dismissed without prejudice and without an award of costs or fees to any party.

Dated: March 7, 2019
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
     Lawrence M. Pearson
     Hilary J. Orzick

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
lpearson@wigdorlaw.com
horzick@wigdorlaw.com

*Counsel for Plaintiff*